# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In The Matter Of: :
:
Nomination Papers of Randall Taylor : No. 1256 C.D. 2019
dated July 31, 2019 and August 1, 2019 :
:
Appeal of: Owen Cauley :

## *ORDER*

AND NOW, this 21st day of October, 2019, it is ORDERED that the above-captioned opinion filed September 30, 2019, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
PATRICIA A. McCULLOUGH, Judge